UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

FEDERAL INSURANCE COMPANY
AND GEMINI ACRES, L. P.,

      Plaintiffs,

v.              Civil Action No. 2:15-cv-13508 (Lead Action)

PACCAR, INC., KENWORTH
TRUCK COMPANY, AND
A & R LOGISTICS, INC.,

      Defendants.


A & R LOGISTICS, INC.,

      Plaintiff,

v.              Civil Action No. 2:15-cv-14765 (Consolidated)

PACCAR, INC. AND KENWORTH
TRUCK COMPANY,

Defendants.


## MEMORANDUM OPINION AND ORDER

      Pending is plaintiff Federal Insurance Company's unopposed request to excuse sponsoring attorney in this case, filed September 27, 2016.

      David M. Jecklin is the sponsoring attorney in this matter, located in Morgantown, West Virginia, and Matthew I. Ferrie is the visiting attorney, located in Philadelphia, Pennsylvania.  Inasmuch as excusing Mr. Jecklin from this case

would leave no local counsel in this case for plaintiff Federal Insurance Company as subrogee of Gemini Acres, L.P., it is accordingly ORDERED that the motion be, and it hereby is denied.

The Clerk is requested to transmit this order to all counsel of record and to any unrepresented parties.

ENTER: October 3, 2016

John T. Copenhaver, Jr.
United States District Judge